United States District Court

For the Northern District of California

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9   NICK MAKREAS,                          No. C-11-02234 DMR

10              Plaintiff,                 **ORDER RESETTING INITIAL CASE
                                           MANAGEMENT CONFERENCE**
11        v.

12   FIRST NATIONAL BANK OF NORTHERN
     CALIFORNIA, et al.,
13
                Defendants.
14   _____/

15

16        The Initial Case Management Conference previously scheduled for September 7, 2011 has

     been CONTINUED to **September 21, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District
17
     Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no
18
     later than **September 14, 2011.**   All other deadlines as set forth in the Order Setting Initial Case
19
     Management Conference and ADR Deadlines are continued accordingly.  *See* Docket No. 2.
20
     Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order
21
     and file a proof of service with the Court.
22
          IT IS SO ORDERED.
23

24
     Dated:  August 12, 2011
25
                                           _____
26                                         DONNA M. RYU
                                           United States Magistrate Judge
27

28