1  JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
   By: Eugene Whitlock, Deputy (SBN 237797)
2  400 County Center, 6th Floor
   Redwood City, CA 94063
3  Telephone: (650) 363 4989
   Facsimile: (650) 363-4034
4
   Attorneys for Defendants
5  COUNTY OF SAN MATEO, SAN MATEO
   COUNTY SHERIFF'S OFFICE, SHERIFF GREG
6  MUNKS, DEPUTY STEPHAN DUVALL, DEPUTY
   GREGORY HOSS, DEPUTY KEVIN VALENCIA
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | NICK MAKREAS                           | Case No. 11-02234 JSW
12 |         Plaintiff,                     | **[PROPOSED] ORDER ON COUNTY DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE STATUS CONFERENCE**
13 |     vs.                                |
14 | FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, et al. |
15 |                                        |
16 |         Defendants.                    |

17                          **ORDER**

18    After considering Defendants' Administrative Motion to Continue the Status Conference it is

19 hereby ORDERED that the Case Status Conference is continued from October 28, 2011 to ~~January 6,~~

20 ~~2012.~~  December 2, 2011 immediately following the hearing on Defendants' motion to dismiss.

21    IT IS SO ORDERED.

22 Dated: _September 22_____, 2011                    _[signature: Jeffrey S. White]_
                                                     UNITED STATES DISTRICT COURT
23

24

25

26

27

28

   Case No. 11-02234 JSW
   [~~PROPOSED~~] ORDER ON COUNTY DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO
                          CONTINUE STATUS CONFERENCE