1  NELSON W. GOODELL, ESQ., SBN 264734
   The Goodell Law Firm
2  1750 Montgomery Street, Suite 139
   San Francisco, CA 94111
3  Tel. No. (415) 954-7151
   Fax No. (415) 954-7150

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS,<br><br>Plaintiff,<br><br>v.<br><br>FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, a business entity; T.D. SERVICE COMPANY, form unknown; KATHY CASTOR;, an individual; RANDY BRUGONI, an individual; COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S OFFICE; SAN MATEO COUNTY SHERIFF GREG MUNKS, in his individual and official capacity; SAN MATEO COUNTY SHERIFF'S DEPUTY STEPHEN DUVALL; SAN MATEO COUNTY SHERIFF'S DEPUTY HOSS, in his individual and official capacity; SAN MATEO COUNTY SHERIFF'S DEPUTY VALENICA, in his individual and official capacity; Employees 1 through 25 inclusive; and DOES 26-50;<br><br>Defendants. | Case No: CV11-02234-JSW<br><br>STIPULATION TO DISMISS DEFENDANTS COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S OFFICE; SAN MATEO COUNTY SHERIFF GREG MUNKS; SAN MATEO COUNTY SHERIFF'S DEPUTY STEPHEN DUVALL; SAN MATEO COUNTY SHERIFF'S DEPUTY HOSS; and SAN MATEO COUNTY SHERIFF'S DEPUTY VALENCIA WITHOUT PREJUDICE AND [~~PROPOSED~~] ORDER THEREON |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR UNDERSIGNED COUNSEL:

1. The above-entitled action shall be dismissed without prejudice against defendants County of San Mateo; San Mateo County Sheriff's Office; San Mateo County Sheriff Greg Munks; San Mateo County Sheriff's Deputy Stephen Duvall; San Mateo County Sheriff's Deputy Hoss; and San Mateo County Sheriff's Deputy Valencia pursuant to Federal Rule of Civil Procedure 41.

2. Plaintiff and defendants County of San Mateo; San Mateo County Sheriff's Office; San Mateo County Sheriff Greg Munks; San Mateo County Sheriff's Deputy Stephen Duvall; San Mateo County Sheriff's Deputy Hoss; and San Mateo County Sheriff's Deputy Valencia will bear their own costs and fees.

IT IS FURTHER STIPULATED THAT:

Any statute of limitations governing any claim against defendants County of San Mateo; San Mateo County Sheriff's Office; San Mateo County Sheriff Greg Munks; San Mateo County Sheriff's Deputy Stephen Duvall; San Mateo County Sheriff's Deputy Hoss; and San Mateo County Sheriff's Deputy Valencia is tolled from the date this action was filed, May 6, 2011, and ending 6 months after the date of the filing of this stipulation.

Dated: September 27, 2011

/s/ Nelson W. Goodell
NELSON W. GOODELL
The Goodell Law Firm
Attorney for Plaintiff, Nick Makreas

Dated: September 28, 2011

EUGENE WHITLOCK
San Mateo County Counsel's Office

Case No. CV11-02234-JSW

Attorney for Defendants, County of San Mateo; San Mateo County Sheriff's Office; San Mateo County Sheriff Greg Munks; and San Mateo County Sheriff's Deputy Stephen Duvall; San Mateo County Sheriff's Deputy Stephen Valencia

## ORDER

IT IS HEREBY ORDERED THAT the above-entitled action shall be dismissed without prejudice against defendants County of San Mateo; San Mateo County Sheriff's Office; San Mateo County Sheriff Greg Munks; San Mateo County Sheriff's Deputy Stephen Duvall; San Mateo County Sheriff's Deputy Hoss; and San Mateo County Sheriff's Deputy Valencia pursuant to Federal Rule of Civil Procedure 41.

Plaintiff and defendants County of San Mateo; San Mateo County Sheriff's Office; San Mateo County Sheriff Greg Munks; San Mateo County Sheriff's Deputy Stephen Duvall; San Mateo County Sheriff's Deputy Hoss; and San Mateo County Sheriff's Deputy Valencia will bear their own costs and fees.

Any statute of limitations governing any claim against defendants County of San Mateo; San Mateo County Sheriff's Office; San Mateo County Sheriff Greg Munks; San Mateo County Sheriff's Deputy Stephen Duvall; San Mateo County Sheriff's Deputy Hoss; and San Mateo County Sheriff's Deputy Valencia is tolled from the date this action was filed, May 6, 2011, and ending 6 months after the date of the filing of this stipulation.

Dated: September 29, 2011

_____
THE HON. JEFFREY S. WHITE

Case No. CV11-02234-JSW