NELSON W. GOODELL, ESQ., SBN 264734
The Goodell Law Firm
1750 Montgomery Street, Suite 139
San Francisco, CA 94111
Tel. No. (415) 954-7151
Fax No. (415) 954-7150

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS,<br><br>Plaintiff,<br><br>v.<br><br>FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, a business entity; T.D. SERVICE COMPANY, form unknown; KATHY CASTOR;, an individual; RANDY BRUGONI, an individual; and DOES 1-25 inclusive;<br><br>Defendants. | Case No: CV11-02234-JSW<br><br>STIPULATION TO SET ASIDE ENTRY OF DEFAULT AGAINST T.D. SERVICE COMPANY, WITHDRAW T.D. SERVICE COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, AND AGREEMENT BY T.D. SERVICE COMPANY TO NOT OBJECT TO PLAINTIFF'S FILING A FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER THEREON |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR UNDERSIGNED COUNSEL:

1. The entry of default entered against defendant T.D. Service Company is hereby set aside;

2. The motion to dismiss filed by T.D. Service Company on October 3, 2011, which is set for hearing on January 6, 2012, is hereby withdrawn, and T.D. Service Company may not file another motion to dismiss of the plaintiff's complaint. In the unlikely event the court refuses to allow plaintiff to file a first amended complaint, or if plaintiff for any reason decides not to do so, T.D. Service Company's existing motion to dismiss it will be reinstituted, but T.D. Service

Company will not ask that it be sustained without leave for plaintiff to amend the complaint.

3. T.D. Service Company hereby agrees to stipulate to plaintiff filing a first amended complaint. In the event that the plaintiff must file a motion seeking leave to file a first amended complaint, T.D. Service Company will not oppose this motion.

4. Once plaintiff files his first amended complaint, T.D. Service Company may timely either answer it or file a motion to dismiss it depending on whatever course T.D. Service Company believes is appropriate.

Dated: October 20, 2011

/s/ Nelson W. Goodell
NELSON W. GOODELL
The Goodell Law Firm
Attorney for Plaintiff, Nick Makreas

Dated: October 20, 2011

/s/ Lawrence J. Dreyfuss
LAWRENCE DREYFUSS
The Dreyfuss Firm, PLC
Attorney for Defendant T.D. Service Company

**ORDER**

Case No. CV11-02234-JSW

IT IS HEREBY ORDERED THAT the default is set aside as to defendant T.D. Service Company.

Defendant T.D. Service Company's motion to dismiss the plaintiff's complaint, which was filed on October 3, 2011, is hereby withdraw and the hearing scheduled for January 6, 2012 is off calendar. Defendant T.D. Service Company may not file another motion to dismiss plaintiff's complaint. In the event this court refuses to allow plaintiff to file a first amended complaint, or if plaintiff for any reason decides not to do so, T.D. Service Company's existing motion to dismiss it will be reinstituted, but T.D. Service Company will not ask that it be sustained without leave for plaintiff to amend the complaint.

Defendant T.D. Service Company may not object to the plaintiff's filing of a first amended complaint or a motion to seek leave to file a first amended complaint.

Once plaintiff files his first amended complaint, T.D. Service Company may timely either answer it of file a motion to dismiss it depending on whatever course T.D. Service Company believes is appropriate. Plaintiff shall file a stipulation with all defendants or file a motion seeking leave to amend by no later than November 4, 2011.

Dated: October 21, 2011

_____
THE HON. JEFFREY S. WHITE

Case No. CV11-02234-JSW