```
 1  NELSON W. GOODELL, ESQ., SBN 264734
    The Goodell Law Firm
 2  1750 Montgomery Street, Suite 139
    San Francisco, CA 94111
 3  Tel. No. (415) 954-7151
    Fax No. (415) 954-7150
 4
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS,<br><br>Plaintiff,<br><br>v.<br><br>FIRST NATIONAL BANK OF NORTHERN CALIFORNIA; T.D. SERVICE COMPANY; KATHY CASTOR; RANDY BRUGIONI; and DOES 1-25 inclusive;<br><br>Defendants. | CASE NO. CV11-02234-JSW<br><br>STIPULATION BETWEEN ALL PARTIES REGARDING PLAINTIFF'S FILING A FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER THEREON |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR UNDERSIGNED COUNSEL:

1. That Plaintiff may file a first amended complaint, a copy of which is attached hereto as Exhibit 1;

2. The parties wish to take the hearing on the plaintiff's motion seeking leave to file a first amended complaint off calendar; and

3. All defendants have twenty days from the date of notice of entry of the Court's order approving this stipulation to file a response to the plaintiff's first amended complaint.

| | | |
|---|---|---|
| 1 | Dated: November 18, 2011 | THE GOODELL LAW FIRM |
| 2 | | |
| 3 | | By: /s/ Nelson W. Goodell<br>NELSON W. GOODELL<br>Attorney for Plaintiff |
| 4 | | Nick Makreas |
| 5 | | |
| 6 | Dated: November 18, 2011 | THE DREYFUSS FIRM, PLC |
| 7 | | |
| 8 | | By: /s/ Lawrence Dreyfuss<br>LAWRENCE DREYFUSS<br>Attorney for Defendant |
| 9 | | T.D. Service Company |
| 10 | | |
| 11 | Dated: November 18, 2011 | FRIEDEMANN GOLDBERG LLP |
| 12 | | |
| 13 | | By: /s/ John F. Friedemann<br>JOHN F. FRIEDEMANN<br>Attorney for Defendants |
| 14 | | First National Bank of Northern California,<br>Kathy Castor, and Randy Brugioni |

Case No. CV11-02234-JSW

## ORDER

IT IS HEREBY ORDERED THAT the plaintiff's first amended complaint, attached as Exhibit 1 to this stipulation, is deemed filed as of the date of entry of this order.

All defendants have twenty days from the date of notice of entry of this order to file a response to the plaintiff's first amended complaint.

The hearing on the plaintiff's motion seeking leave to file a first amended complaint, which is scheduled for February 17, 2012, is off calendar.

**IT IS SO ORDERED.**

DATED: November 28, 2011

_____
HONORABLE JEFFREY S. WHITE