NELSON W. GOODELL, ESQ., SBN 264734
The Goodell Law Firm
5 Third Street, Suite 1100
San Francisco, CA 94103
Tel. No. (415) 495-3950
Fax No. (415) 495-6900

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS,<br><br>Plaintiff,<br><br>v.<br><br>FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, a business entity; T.D. SERVICE COMPANY, form unknown; KATHY CASTOR;, an individual; RANDY BRUGONI, an individual; COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S OFFICE; SAN MATEO COUNTY SHERIFF GREG MUNKS, in his individual and official capacity; SAN MATEO COUNTY SHERIFF'S DEPUTY STEPHEN DUVALL; SAN MATEO COUNTY SHERIFF'S DEPUTY HOSS, in his individual and official capacity; SAN MATEO COUNTY SHERIFF'S DEPUTY VALENICA, in his individual and official capacity; Employees 1 through 25 inclusive; and DOES 26-50;<br><br>Defendants. | Case No: CV11-02234-JSW<br><br>STIPULATION AND AGREEMENT TO TOLL STATUTE OF LIMITATIONS AGAINST THE COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S OFFICE; SAN MATEO COUNTY SHERIFF GREG MUNKS; SAN MATEO COUNTY SHERIFF'S DEPUTY STEPHEN DUVALL; SAN MATEO COUNTY SHERIFF'S DEPUTY HOSS; and SAN MATEO COUNTY SHERIFF'S DEPUTY VALENCIA WITHOUT PREJUDICE AND [PROPOSED] ORDER THEREON |

WHEREAS on September 28, 2011, the signatories stipulated and agreed that any of statute of limitations governing any claim by plaintiff Nick Makreas against the County of San Mateo, the San Mateo County Sheriff's Department, and San Mateo County Sheriff Greg Munks; San Mateo County Sheriff's Deputy Stephen Duvall; San Mateo County Sheriff's Deputy Hoss; and San Mateo County Sheriff's Deputy Valencia would be tolled for a period of six months from the date of the Court's order approving said stipulation;

WHEREAS, on September 29, 2011, the Court issued its Order approving said stipulation and dismissing the defendants without prejudice, and tolled any statute of limitations for a period of six months beyond the date of its order, which is March 29, 2012;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR UNDERSIGNED COUNSEL:

Any statute of limitations governing any claim against defendants County of San Mateo; San Mateo County Sheriff's Office; San Mateo County Sheriff Greg Munks; San Mateo County Sheriff's Deputy Stephen Duvall; San Mateo County Sheriff's Deputy Hoss; and San Mateo County Sheriff's Deputy Valencia shall be tolled for an additional period from February 1, 2012 until September 29, 2012.

Dated: February 1, 2012

                             */s/ Nelson W. Goodell*
                             NELSON W. GOODELL
                             The Goodell Law Firm
                             Attorney for Plaintiff, Nick Makreas

Dated: February 2, 2012

                             */s/ Eugene Whitlock*
                             EUGENE WHITLOCK
                             San Mateo County Counsel's Office
                             Attorney for Defendants, County of San Mateo;
                             San Mateo County Sheriff's Office; San Mateo
                             County Sheriff Greg Munks; and San Mateo
                             County Sheriff's Deputy Stephen Duvall; San
                             Mateo County Sheriff's Deputy Stephen Valencia

## ORDER

IT IS HEREBY ORDERED THAT any statute of limitations governing any claim that the plaintiff NICK MAKREAS has against defendants County of San Mateo; San Mateo County Sheriff's Office; San Mateo County Sheriff Greg Munks; San Mateo County Sheriff's Deputy Stephen Duvall; San Mateo County Sheriff's Deputy Hoss; and San Mateo County Sheriff's Deputy Valencia shall be tolled for an additional six month period beyond the date that the current stipulation is set to expire, March 29, 2012, and will end on September 29, 2012.

Dated: Dated: February 7, 2012

_____
THE HON. JEFFREY S. WHITE