1  JOHN F. FRIEDEMANN (State Bar No. 115632)
   *jfriedemann@frigolaw.com*
2  STEPHANIE BARBER HESS (State Bar No. 204321)
   *shess@frigolaw.com*
3  JOHN N. MACLEOD (State Bar No. 269073)
   *jmacleod@frigolaw.com*
4  FRIEDEMANN GOLDBERG LLP
   420 Aviation Boulevard, Suite 201
5  Santa Rosa, California 95403
   Telephone: (707) 543-4900
6  Facsimile:  (707) 543-4910

7  Attorneys for Defendants
   FIRST NATIONAL BANK OF
8  NORTHERN CALIFORNIA,
   KATHY CASTOR, and RANDY BRUGIONI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS,<br><br>           Plaintiff,<br><br>   v.<br><br>FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, a business entity, Form Unknown; T.D. SERVICE COMPANY a business entity, Form Unknown; KATHY CASTOR, an individual; RANDY BRUGIONI, an individual; COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S OFFICE; SAN MATEO COUNTY SHERIFF GREG MUNKS, in his individual and official capacity; SAN MATEO COUNTY SHERIFF'S DEPUTY STEPHEN DUVALL, in his individual and official capacity; SAN MATEO COUNTY SHERIFF'S DEPUTY HOSS, in his individual and official capacity; SAN MATEO COUNTY SHERIFF'S DEPUTY VALENCIA, in his individual and official capacity; Employees DOES 1 through 25 INCLUSIVE, in their individual and official capacity; and DOES 26 through 50 INCLUSIVE, et al.,<br><br>           Defendants. | CASE NO. CV-11-02234 JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS** |

{00231804.DOC;v1}

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS – CV-11-02234 JSW

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

**Court Processes:**
        Non-Binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE) (ADR L.R. 5)
[X]    Mediation (ADR L.R. 6)

**Private Process:**
        Private ADR (*please identify process and providers*) _____

_____

The parties agree to hold the ADR session by:

[X]    the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered*).

        other requested deadline _____

DATED: June 22, 2012        FRIEDEMANN GOLDBERG LLP

By: /s/ John N. MacLeod
    JOHN N. MACLEOD
    Attorneys for Defendants
    FIRST NATIONAL BANK OF NORTHERN
    CALIFORNIA, KATHY CASTOR, and
    RANDY BRUGIONI

DATED: June 22, 2012        THE DREYFUSS FIRM, a Professional Law Corporation

By: /s/ Lawrence J. Dreyfuss
    LAWRENCE J. DREYFUSS
    Attorneys for Defendant
    T.D. SERVICE COMPANY

DATED: June 22, 2012        THE GOODELL LAW FIRM

By: /s/ Nelson W. Goodell
    NELSON W. GOODELL
    Attorney for Plaintiff
    NICK MAKREAS

1  [~~PROPOSED~~] ORDER

2

3       The parties' stipulation is adopted and IT IS SO ORDERED.

4       ~~The parties' stipulation is modified as follows:~~ _____

5       _____

6       ~~and IT IS SO ORDERED.~~

7

8

9  Dated: June 26, 2012        _____

10                              UNITED STATES DISTRICT COURT JUDGE

{00231804.DOC;v1}                    2
JOINT CASE MANAGEMENT STATEMENT – CV-11-02234 JSW