Lawrence J. Dreyfuss, Bar No. 76277
Bruce W. Dannemeyer, Bar No. 107243
THE DREYFUSS FIRM
A Professional Law Corporation
7700 Irvine Center Drive, Suite 710
Irvine, California 92618
(949) 727-0977; Facsimile (949) 450-0668

Attorneys for Defendant T.D. Service Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK MAKREAS, | Case No.: 3:11-cv-2234 JSW |
| Plaintiff, | REQUEST FOR TELEPHONIC APPEARANCE |
| vs. | |
| FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, T.D. SERVICE COMPANY, KATHY CASTOR, RANDY BRUGIONI, and Does 1-25, | DATE: June 29, 2012<br>TIME: 1:30 p.m.<br>DEPT.: 11 |
| Defendants | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant T. D. Service Company hereby respectfully requests that its counsel, Lawrence J. Dreyfuss of The Dreyfuss Firm, PLC, be allowed to appear telephonically at the case management conference scheduled for June 29, 2012 at 9:00 a.m. in Courtroom 11 of the above-entitled court. Counsel for T.D. engaged in the joint conference concerning preparation of the joint case management statement and agrees with the statement executed by all counsel.

Counsel for defendant is based in Orange County, California, where T.D. Service Company is based. Counsel would like to appear at the conference by telephone in order to avoid additional attorneys' fees and travel costs accruing from commuting from Irvine to San Francisco, California. He will be on vacation the week of July 2, 2012 and has an important

medical appointment on June 29, 2012 that needs to be attended to prior to the vacation and cannot be rescheduled. Accordingly, defendant requests that the court allow its counsel to appear at the conference by telephone.

Respectfully submitted,

DATED: June 25, 2012

THE DREYFUSS FIRM
A Professional Law Corporation

By: LAWRENCE J. DREYFUSS
Attorneys for Defendant
T. D. Service Company

The Court GRANTS Defendant's request to appear by telephone. Counsel shall supply this Court's courtroom deputy, Jennifer Ottolini, with a direct land line telephone number by no later than noon on Thursday, June 28, 2012. Counsel is admonished that all future requests shall be accompanied by proposed orders.

Dated: July 26, 2012



IT IS SO ORDERED
Judge Jeffrey S. White

PROOF OF SERVICE (By Mail)
(CCP Section 1013a(3))

I am over the age of 18, and I am not a party to the within action. I am employed by THE DREYFUSS FIRM. PLC, in the County of Orange, at 7700 Irvine Center Drive, Suite 710, Irvine, CA 92618.

On June 25, 2012, I served the attached: **Request for Telephonic Appearance** on the interested parties in this action by placing true copies thereof in sealed envelopes, addressed as follows:

| | |
|---|---|
| **Nelson W. Goodell** | **John F. Friedemann** |
| **The Goodell Law Firm** | **Friedemann Goldberg LLP** |
| **1750 Montgomery Street, Ste. 139** | **420 Aviation Blvd., Ste. 201** |
| **San Francisco, CA 94111** | **Santa Rosa, CA 95403** |
| **Attorney for Plaintiff** | **Attorney for First National Bank of Northern California, Kathy Castor, Randy Brugioni** |

**Eugene Whitlock**
**San Mateo County Counsel's Office**
**400 County Center, 6th Floor**
**Redwood City, CA 94063**
**Attorney for County of San Mateo, San Mateo County Sheriff's Office, Sheriff Greg Munks, Stephen Duvall, Deputy Hoss, Valencia**

[ X ]  **(By Mail)**   I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of THE DREYFUSS FIRM, PLC at the address set forth above, for deposit in the United States Postal Service. I am readily familiar with the practice of THE DREYFUSS FIRM, PLC for collection and processing of correspondence for mailing with the United States Postal Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **(By Facsimile Transmission)**   I served the above-described document on the interested parties in this action by sending a true copy thereof by facsimile transmission pursuant to California rules of Court, Rule 2009(i)2, from facsimile machine number (949) 450-0668. The facsimile machine I used complied with California Rules of Court, Rule 2003(3), and no error was reported by the machine. Pursuant to Rule 2009(i)4, I caused the machine to print a transmission record of the transmission.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare, under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on June 25, 2012, at Irvine, California.

_____
Roma Klein