1   JOHN F. FRIEDEMANN (SBN 115632)
    *jfriedemann@frigolaw.com*
2   STEPHANIE BARBER HESS (SBN 204321)
    *shess@frigolaw.com*
3   JOHN N. MACLEOD (SBN 269073)
    *jmacleod@frigolaw.com*
4   FRIEDEMANN GOLDBERG LLP
    420 Aviation Boulevard, Suite 201
5   Santa Rosa, California 95403
    Telephone: (707) 543-4900
6   Facsimile:  (707) 543-4910

7   Attorneys for Defendants
    FIRST NATIONAL BANK OF
8   NORTHERN CALIFORNIA,
    KATHY CASTOR, and RANDY BRUGIONI
9

10                   UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13   NICK MAKREAS,                        CASE NO. CV-11-02234 JSW

14              Plaintiff,                 HONORABLE JEFFREY S. WHITE

15       v.                               **STIPULATION RE REQUEST TO
                                           EXTEND TIME TO COMPLETE
16                                         MEDIATION; [PROPOSED] ORDER
     FIRST NATIONAL BANK OF NORTHERN       THEREON**
17   CALIFORNIA, a business entity, Form
     Unknown; T.D. SERVICE COMPANY a
18   business entity, Form Unknown; KATHY
     CASTOR, an individual; RANDY BRUGIONI,
19   an individual; COUNTY OF SAN MATEO; SAN
     MATEO COUNTY SHERIFF'S OFFICE; SAN
20   MATEO COUNTY SHERIFF GREG MUNKS,
     in his individual and official capacity; SAN
21   MATEO COUNTY SHERIFF'S DEPUTY
     STEPHEN DUVALL, in his individual and
22   official capacity; SAN MATEO COUNTY
     SHERIFF'S DEPUTY HOSS, in his individual
23   and official capacity; SAN MATEO COUNTY
     SHERIFF'S DEPUTY VALENCIA, in his
24   individual and official capacity; Employees
     DOES 1 through 25 INCLUSIVE, in their
25   individual and official capacity; and DOES 26
     through 50 INCLUSIVE, et al.,
26
                Defendants.
27

28
     {00239941.DOC;v1}                                    CV-11-02234 JSW
     STIPULATION RE REQUEST TO EXTEND TIME TO COMPLETE MEDIATION; [PROPOSED] ORDER
                                   THEREON

1    This stipulation is entered into by Defendants First National Bank of Northern California,

2  Kathy Castor, and Randy Brugioni, T.D. Service Company, and Plaintiff Nick Makreas

3  (collectively "Parties") by and through their respective counsel of record.

### FACTUAL RECITALS

5    This Stipulation is entered into in reference to the following facts:

6    1.    On June 29, 2012, the Parties appeared at a Case Management Conference in this

7          matter during which the Court ordered the Parties to participate in Court Mediation

8          to be completed by September 27, 2012;

9    2.    J. Daniel Sharp was assigned as the mediator in this matter; and

10   3.    On August 1, 2012, the Parties participated in a conference call with J. Daniel

11         Sharp and agreed to participate in mediation of this matter on October 1, 2012.

### STIPULATION

13   I light of the foregoing facts, the Parties agree as follows:

14   1.    The deadline to complete mediation should be continued up to and including

15         October 5, 2012.

16   **SO STIPULATED.**

17
DATED: August __9__, 2012                    FRIEDEMANN GOLDBERG LLP
18

19
                                             By:_____
20                                           JOHN N. MACLEOD  Stephanie B. Hess
                                             Attorneys for Defendants
21                                           FIRST NATIONAL BANK OF NORTHERN
                                             CALIFORNIA, KATHY CASTOR, and
22                                           RANDY BRUGIONI

23
DATED: August ____, 2012                     THE DREYFUSS FIRM, a Professional Law
24                                           Corporation

25

26                                           By:_____
                                             LAWRENCE J. DREYFUSS
27                                           Attorneys for Defendant
                                             T.D. SERVICE COMPANY

28  {00239941.DOC;v1}                                                   CV-11-02234 JSW
    STIPULATION RE REQUEST TO EXTEND TIME TO COMPLETE MEDIATION; [PROPOSED] ORDER
    THEREON

This stipulation is entered into by Defendants First National Bank of Northern California, Kathy Castor, and Randy Brugioni, T.D. Service Company, and Plaintiff Nick Makreas (collectively "Parties") by and through their respective counsel of record.

## FACTUAL RECITALS

This Stipulation is entered into in reference to the following facts:

1. On June 29, 2012, the Parties appeared at a Case Management Conference in this matter during which the Court ordered the Parties to participate in Court Mediation to be completed by September 27, 2012;

2. J. Daniel Sharp was assigned as the mediator in this matter; and

3. On August 1, 2012, the Parties participated in a conference call with J. Daniel Sharp and agreed to participate in mediation of this matter on October 1, 2012.

## STIPULATION

I light of the foregoing facts, the Parties agree as follows:

1. The deadline to complete mediation should be continued up to and including October 5, 2012.

**SO STIPULATED.**

DATED: August ___, 2012          FRIEDEMANN GOLDBERG LLP


By:_____
     JOHN N. MACLEOD
     Attorneys for Defendants
     FIRST NATIONAL BANK OF NORTHERN
     CALIFORNIA, KATHY CASTOR, and
     RANDY BRUGIONI


DATED: August _6_, 2012          THE DREYFUSS FIRM, a Professional Law
                                 Corporation


By:_____
     LAWRENCE J. DREYFUSS
     Attorneys for Defendant
     T.D. SERVICE COMPANY

{00239941.DOC;v1}                                              CV-11-02234 JSW

STIPULATION RE REQUEST TO EXTEND TIME TO COMPLETE MEDIATION; [PROPOSED] ORDER THEREON

1  DATED: August 8, 2012          THE GOODELL LAW FIRM

2

3                                  By:_____
                                   NELSON W. GOODELL
4                                  Attorney for Plaintiff
                                   NICK MAKREAS
5

6

7      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

9  Dated: August 10, 2012          _____
                                   UNITED STATES DISTRICT COURT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  {00239941.DOC;v1}                                    CV-11-02234 JSW
    STIPULATION RE REQUEST TO EXTEND TIME TO COMPLETE MEDIATION; [PROPOSED] ORDER
                                  THEREON