**United States District Court**
For the Northern District of California

1
2
3
4
5
6  IN THE UNITED STATES DISTRICT COURT
7
8  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  NICK MAKREAS,
10            Plaintiff,                       No. C 11-02234 JSW
11     v.
12  FIRST NATIONAL BANK OF NORTHERN        **ORDER VACATING CASE**
    CALIFORNIA, et al.,                    **MANAGEMENT CONFERENCE**
13
            Defendants.
14  _____/
15
       The Court HEREBY CONTINUES the deadline to complete fact discovery to January 9,
16
    2013. The Court FURTHER ORDERS that the Further Case Management Conference is
17
    VACATED.
18
       **IT IS SO ORDERED.**
19
20
    Dated: October 10, 2012                    _____
21                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28