JOHN F. FRIEDEMANN (SBN 115632)
*jfriedemann@frigolaw.com*
STEPHANIE BARBER HESS (SBN 204321)
*shess@frigolaw.com*
JOHN N. MACLEOD (SBN 269073)
*jmacleod@frigolaw.com*
FRIEDEMANN GOLDBERG LLP
420 Aviation Boulevard, Suite 201
Santa Rosa, California 95403
Telephone: (707) 543-4900
Facsimile: (707) 543-4910

Attorneys for Defendants
FIRST NATIONAL BANK OF
NORTHERN CALIFORNIA,
KATHY CASTOR, and RANDY BRUGIONI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS,<br><br>        Plaintiff,<br><br>v.<br><br>FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, a business entity, Form Unknown; T.D. SERVICE COMPANY a business entity, Form Unknown; KATHY CASTOR, an individual; RANDY BRUGIONI, an individual; COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S OFFICE; SAN MATEO COUNTY SHERIFF GREG MUNKS, in his individual and official capacity; SAN MATEO COUNTY SHERIFF'S DEPUTY STEPHEN DUVALL, in his individual and official capacity; SAN MATEO COUNTY SHERIFF'S DEPUTY HOSS, in his individual and official capacity; SAN MATEO COUNTY SHERIFF'S DEPUTY VALENCIA, in his individual and official capacity; Employees DOES 1 through 25 INCLUSIVE, in their individual and official capacity; and DOES 26 through 50 INCLUSIVE, et al.,<br><br>        Defendants. | CASE NO. CV-11-02234 JSW<br><br>HONORABLE JEFFREY S. WHITE<br><br>**STIPULATION RE REQUEST TO EXTEND DEADLINE FOR FILING MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER THEREON** |

{00260936.DOC;v3}   CV-11-02234 JSW

This stipulation is entered into by Defendants First National Bank of Northern California, Kathy Castor, and Randy Brugioni (collectively "FNBNC Defendants"), Defendant T.D. Service Company, and Plaintiff Nick Makreas (collectively "Parties") by and through their respective counsel of record.

## FACTUAL RECITALS

This Stipulation is entered into in reference to the following facts:

1. On June 29, 2012, the Parties appeared at a Case Management Conference in this matter during which the Court set the following deadlines for filing motions for summary judgment:

    a. Hearing on March 1, 2013 at 9:00 a.m.

    b. Briefing as follows:

        i. One party files an opening summary judgment motion by January 4, 2013;

        ii. The other party shall file its opposition and cross-motion by January 18, 2013;

        iii. The reply and opposition to the cross-motion is due by February 1, 2013; and

        iv. The reply in support of the cross-motion is due by February 8, 2013.

2. On June 29, 2012, the Court further set a discovery cut-off of December 10, 2012.

3. On October 10, 2012, the Court entered an order continuing the discovery cut-off to January 9, 2013.

4. On October 26, 2013, Plaintiff filed Notice of Motion and Motion for Leave to File Second Amended Complaint ("Motion"). The Motion seeks to dismiss the Fair Debt Collection Practices Act cause of action and add a cause of action for Intentional Infliction of Emotional Distress. The Motion is scheduled for hearing on January 25, 2012.

5. Each of the parties currently intends to file a motion for summary judgment.

6. Counsel for Plaintiff has indicated that he is not currently prepared to file a motion

1 for summary judgment because he has not completed the depositions of the FNBNC Defendants.

2     7.    The FNBNC Defendants and Defendant T.D. Service Company are likewise unable to file motions for summary judgment at this time as the pleadings are unsettled as a result of the pending Motion, which will not be decided until January 25, 2013.

    8.    Trial in this matter is set for June 3, 2013.

    9.    The Parties previously stipulated to extend the deadline by which they were to complete mediation from September 27, 2012 to October 5, 2012, which request was granted by the Court.

    10.    The requested continuance of the deadlines for filing dispositive motions will not adversely affect the schedule of this case.

## STIPULATION

In light of the foregoing facts, the Parties agree as follows:

The deadlines related to the filing and hearing on dispositive motions should be continued as follows:

    a.    Hearing on March 29, 2013 at 9:00 a.m.
    b.    Briefing as follows:
        i.    Defendants shall filed their opening summary judgment motions by February 1, 2013;
        ii.    Plaintiff shall file his oppositions and cross-motion by February 15, 2013;
        iii.    Defendants shall file replies and oppositions to the cross-motions by March 1, 2013; and
        iv.    Plaintiff shall file his reply in support of the cross-motion by March 8, 2013.

{00260936.DOC;v3}    CV-11-02234 JSW
STIPULATION RE REQUEST TO EXTEND DEADLINE FOR FILING MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER THEREON

**SO STIPULATED.**

DATED: December 28, 2012                    FRIEDEMANN GOLDBERG LLP

By: /s/ John N. MacLeod
    JOHN N. MACLEOD
    Attorneys for Defendants
    FIRST NATIONAL BANK OF NORTHERN
    CALIFORNIA, KATHY CASTOR, and
    RANDY BRUGIONI

DATED: December 28, 2012                    THE DREYFUSS FIRM, a Professional Law Corporation

By: /s/ Lawrence J. Dreyfuss
    LAWRENCE J. DREYFUSS
    Attorneys for Defendant
    T.D. SERVICE COMPANY

DATED: December 28, 2012                    THE GOODELL LAW FIRM

By: /s/ Nelson W. Goodell
    NELSON W. GOODELL
    Attorney for Plaintiff
    NICK MAKREAS

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, John N. MacLeod hereby attests that concurrence in the filing of this document has been obtained.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 3, 2013                      _____Jeffrey S. White_____
                                            UNITED STATES DISTRICT COURT JUDGE

{00260936.DOC;v3}                                                      CV-11-02234 JSW

STIPULATION RE REQUEST TO EXTEND DEADLINE FOR FILING MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER THEREON