**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICK MAKREAS,

        Plaintiff,

  v.

FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, et al.,

        Defendants.

                                          /

No. C 11-02234 JSW

**FURTHER ORDER OF REFERRAL**

      Discovery in this action has been referred to Magistrate Judge Kandis A. Westmore. The Court HEREBY AUTHORIZES Judge Westmore to extend discovery deadlines if she finds that such extensions are warranted. The extension of discovery deadlines shall be for the sole purpose of conducting discovery found to be warranted by the Judge Westmore.

      **IT IS SO ORDERED.**

Dated: January 7, 2013

                                                   JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

cc:    Magistrate Referral Clerk

Case3:11-cv-02234-JSW Document102 Filed01/07/13 Page2 of 2