United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICK MAKREAS,** | **Case No.: 11-cv-02234-JSW (KAW)** |
| **Plaintiff,** | **ORDER REGARDING DISCOVERY DISPUTE** |
| vs. | |
| **FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, et al.,** | |
| **Defendants.** | |

On January 7, 2013, the Court held a telephone conference with Plaintiff and Defendant First National Bank of Northern California regarding the discovery dispute detailed in the parties' December 26, 2012 joint letter. Stephanie Hess appeared for FNBNC, and Nelson Goodell appeared for Plaintiff.

It is hereby ORDERED that:

1. The depositions of Randy Brugioni and Anahit Petrosian shall take place on January 10, 2013.

2. FNBNC shall serve amended responses to the requests for production of documents served with the witnesses' deposition notices by January 9, 2013. The amended responses shall not contain any frivolous objections, and any objection on the basis of privilege shall be supported by a privilege log. If true, the amended responses shall state that all responsive documents have been produced.

3. The additional relief requested in the parties' joint letter is denied without prejudice. If, after the parties meet and confer in good faith, they are unable to resolve this discovery dispute without court intervention, they may file a joint letter complying with the undersigned's standing order within seven days of the date of this order.

**DATE: January 7, 2013**

_____
**KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE**