| | |
|---|---|
| 1 | **NELSON W. GOODELL, ESQ., SBN 264734** |
| | The Goodell Law Firm |
| 2 | 5 Third Street, Suite 1100 |
| | San Francisco, CA 94103 |
| 3 | Tel. No. (415) 495-3950 |
| | Fax No. (415) 495-6900 |
| 4 | |
| | Attorney for Plaintiff |
| 5 | NICK MAKREAS |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NICK MAKREAS,

Plaintiff,

v.

FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, a business entity; T.D. SERVICE COMPANY, form unknown; KATHY CASTOR;, an individual; RANDY BRUGONI, an individual; COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S OFFICE; SAN MATEO COUNTY SHERIFF GREG MUNKS, in his individual and official capacity; SAN MATEO COUNTY SHERIFF'S DEPUTY STEPHEN DUVALL; SAN MATEO COUNTY SHERIFF'S DEPUTY HOSS, in his individual and official capacity; SAN MATEO COUNTY SHERIFF'S DEPUTY VALENICA, in his individual and official capacity; Employees 1

**Case No: CV11-02234-JST**

**STIPULATION AND AGREEMENT TO TOLL STATUTE OF LIMITATIONS AGAINST THE COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S OFFICE; SAN MATEO COUNTY SHERIFF GREG MUNKS; SAN MATEO COUNTY SHERIFF'S DEPUTY STEPHEN DUVALL; SAN MATEO COUNTY SHERIFF'S DEPUTY HOSS; and SAN MATEO COUNTY SHERIFF'S DEPUTY VALENCIA AND [PROPOSED] ORDER THEREON**

through 25 inclusive; and DOES 26-50;

Defendants.

WHEREAS on September 28, 2011, the signatories stipulated and agreed that any statute of limitations governing any claim by plaintiff Nick Makreas against the County of San Mateo, the San Mateo County Sheriff's Department, and San Mateo County Sheriff Greg Munks; San Mateo County Sheriff's Deputy Stephen Duvall; San Mateo County Sheriff's Deputy Hoss; and San Mateo County Sheriff's Deputy Valencia would be tolled for a period of six months from the date of the Court's order approving said stipulation;

WHEREAS, on September 29, 2011, the Court issued its Order approving said stipulation and dismissing the defendants without prejudice, and tolled any statute of limitations for a period of six months beyond the date of its order, which was March 29, 2012;

WHEREAS, on February 6, 2012, the signatories further stipulated and agreed that any statute of limitations governing any claim by plaintiff Nick Makreas against the County of San Mateo, the San Mateo County Sheriff's Department, and San Mateo County Sheriff Gregg Munks; San Mateo County Sheriff's Deputy Stephen Duvall; San Mateo Sheriff's Deputy Hoss; and San Mateo County Sheriff's Deputy Valencia would be tolled for an additional period of six months, from March 29, 2012 to September 29, 2012;

WHEREAS, on September 28, 2012, the signatories further stipulated and agreed that any statute of limitations governing any claim by plaintiff Nick Makreas against the County of San Mateo, the San Mateo County Sheriff's Department, and San Mateo County Sheriff Gregg Munks; San Mateo County Sheriff's Deputy Stephen Duvall; San Mateo Sheriff's Deputy Hoss; and San Mateo County Sheriff's Deputy Valencia would be tolled for an additional period of six months, from September 29, 2012 to March 29, 2013;

WHEREAS, on October 3, 2012, the Court issued its Order approving said stipulation, and tolled any statute of limitations for a period of six months beyond the date of its order, which is March 29, 2013.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR UNDERSIGNED COUNSEL:

Any statute of limitations governing any claim against defendants County of San Mateo; San Mateo County Sheriff's Office; San Mateo County Sheriff Greg Munks; San Mateo County Sheriff's Deputy Stephen Duvall; San Mateo County Sheriff's Deputy Hoss; and San Mateo County Sheriff's Deputy Valencia shall be tolled for an additional period from March 29, 2013 to September 29, 2013.

Dated: March 28, 2013

                                                    /s/ Nelson W. Goodell
                                                  NELSON W. GOODELL
                                                  The Goodell Law Firm
                                                  Attorney for Plaintiff, Nick Makreas

Dated: March 28, 2013

                                                    /s/ Eugene Whitlock
                                                  EUGENE WHITLOCK
                                                  San Mateo County Counsel's Office
                                                  Attorney for Defendants, County of San Mateo; San Mateo County Sheriff's Office; San Mateo County Sheriff Greg Munks; and San Mateo County Sheriff's Deputy Stephen Duvall; San Mateo County Sheriff's Deputy Stephen Valencia

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Nelson W. Goodell hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

IT IS HEREBY ORDERED THAT any statute of limitations governing any claim that the plaintiff NICK MAKREAS has against defendants County of San Mateo; San Mateo County Sheriff's Office; San Mateo County Sheriff Greg Munks; San Mateo County Sheriff's Deputy Stephen Duvall; San Mateo County Sheriff's Deputy Hoss; and San Mateo County Sheriff's Deputy Valencia shall be tolled for an additional six month period beyond the date that the current stipulation is set to expire, March 29, 2013, and will end on September 29, 2013.

Dated: April 1, 2013

_____
THE HON. JOHN S. TIGAR
UNITED STATES DISTRICT JUDGE