UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, et al.,<br><br>    Defendants. | Case No.  11-cv-02234-JST<br><br>**ORDER WITHDRAWING PARTIAL JUDGMENT**<br><br>Re: ECF No. 162 |

The partial judgment entered on June 6, 2013, ECF No. 162, is withdrawn per Makreas' request.  See ECF No. 162.  Any party seeking the entry of a partial judgment may file a motion explaining why "there is no just reason for delay" for the entry of such a judgment.  See Fed. R. Civ. P. 54(b).

**IT IS SO ORDERED**.

Dated: June 7, 2013

_____
JON S. TIGAR
United States District Judge