UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No.  11-cv-02234-JST<br><br>**PRELIMINARY JURY INSTRUCTIONS** |

TO ALL PARTIES:

The Court intends to read to the jury the preliminary instructions attached to this order as Exhibit A.

**IT IS SO ORDERED.**

Dated: December 6, 2013

_____
JON S. TIGAR
United States District Judge