UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICK MAKREAS,

    Plaintiff,

    v.

FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, et al.,

    Defendants.

Case No. 11-cv-02234-JST

**ORDER CLARIFYING CIVIL MINUTES ISSUED ON DECEMBER 4, 2013**

Re: ECF No. 218

    The Court ruled on the admissibility of certain exhibits at the supplemental pretrial conference held on December 4, 2013. These rulings were memorialized in the civil minutes. See ECF No. 218. The Court now clarifies that it did not rule that any of the exhibits listed in the civil minutes were "admitted." Instead, the Court ruled that such exhibits are "admissible."

**IT IS SO ORDERED.**

Dated: December 9, 2013

                                                            JON S. TIGAR
                                              United States District Judge