UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS,<br><br>            Plaintiff,<br><br>    v.<br><br>FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, et al.,<br><br>            Defendants. | Case No.  11-cv-02234-JST<br><br>**TENTATIVE FINAL JURY INSTRUCTIONS AND VERDICT FORM** |

The Court intends to read to the jury the final instructions attached to this order as Exhibit A. The Court also will give the jurors a copy of the preliminary instructions it read at the beginning of trial, see ECF No. 220, as well as the verdict form attached to this order as Exhibit B.

**IT IS SO ORDERED.**

Dated: December 16, 2013

_____
JON S. TIGAR
United States District Judge