UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICK MAKREAS,

    Plaintiff,

    v.

FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, et al.,

    Defendants.

Case No. 11-cv-02234-JST

**TENTATIVE FINAL JURY INSTRUCTIONS AND VERDICT FORM**

The Court intends to read to the jury the final instructions attached to this order as Exhibit A. The Court also will give the jurors a copy of the preliminary instructions it read at the beginning of trial, see ECF No. 220, as well as the verdict form attached to this order as Exhibit B. The Court has received Defendant First National Bank's proposed special verdict form and will not adopt it. See ECF No. 236.

**IT IS SO ORDERED.**

Dated: December 17, 2013

_____
JON S. TIGAR
United States District Judge