UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS,<br><br>        Plaintiff,<br><br>   v.<br><br>FIRST NATIONAL BANK OF<br>NORTHERN CALIFORNIA, et al.,<br><br>       Defendants. | Case No.  11-cv-02234-JST<br><br>**TENTATIVE FINAL JURY<br>INSTRUCTIONS AND VERDICT FORM**<br><br>**PUNITIVE DAMAGES PHASE** |

In the event that the jury finds malice, fraud, or oppression, the Court intends to read to the jury the instruction attached to this order as Exhibit A, as well to provide the special verdict form attached to this order as Exhibit B during the punitive damages phase.

**IT IS SO ORDERED.**

Dated: December 18, 2013

_____

JON S. TIGAR
United States District Judge