UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICK MAKREAS,

             Plaintiff,

      v.

FIRST NATIONAL BANK OF
NORTHERN CALIFORNIA, et al.,

             Defendants.

Case No.  11-cv-02234-JST

**TENTATIVE FINAL JURY
INSTRUCTIONS**

The Court intends to read to the jury the final jury instructions attached to this order as

Exhibit A.

**IT IS SO ORDERED.**

Dated: December 18, 2013

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California