UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS,<br><br>      Plaintiff,<br><br>    v.<br><br>FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, et al.,<br><br>      Defendants. | Case No. 11-cv-02234-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF Nos. 251, 252, 254, 260 |

    A hearing on the parties' motions for attorney's fees or costs is scheduled for March 6, 2014. As the motions are suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motions are under submission.

    **IT IS SO ORDERED.**

Dated: February 21, 2014

                                  JON S. TIGAR
                                 United States District Judge